# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD R. NORTON,<br><br>        Petitioner,<br><br>    vs.<br><br>JACK FOX, Warden,<br><br>        Respondent. | Case No. CV 14-2188-DOC (JPR)<br><br>**J U D G M E N T** |

    Pursuant to the Order Denying Petition and Dismissing Action,

    IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is dismissed with prejudice.

DATED: August 6, 2014

*David O. Carter*
DAVID O. CARTER
U.S. DISTRICT JUDGE